## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**Ray Bartoszek**

          Plaintiff

v.

**LifeBrand, Inc.**
&
**Thomas J. Colaiezzi**
&
**Gregory J. Hill**
&
**Kristen Celia**

        Defendants.

**VERIFICATION TO
PLAINTIFF'S COMPLAINT**

No. _____

I, Ray Bartoszek, state under penalty of perjury, pursuant to 28 U.S.C. § 1746 (regarding unsworn declarations):

1.    I am the Plaintiff named in the above action.

2.    I have read the foregoing complaint and know the contents thereof.

3.    The allegations therein are true of my own knowledge, except as to those matters stated on information and belief; and, as to those matters, I believe them to be true.

_____
Ray Bartoszek

Dated: April 18, 2024