# EXHIBIT

# C

DocuSign Envelope ID: F093FADE-E405-42E9-A176-99869717E086

 **LifeBrand**

December 15, 2023

VIA EMAIL: ray@rlb-holdings.com

Ray Bartoszek
Rlb holdings Connecticut, LLC
343 Greenwich Avenue, Suite 200
Greenwich, CT 06830

**RE: Confirmation of Promise of Repayment and Amendment of Personal Guarantee for Penalty**

Dear Ray:

This will confirm our conversation this morning concerning the October 19, 2023 executed Short Term Bridge Promissory Note ("Note") between you and LifeBrand, Inc., and the Personal Guarantee ("PG") related to the Note between you and me.

Preliminarily, on behalf of LifeBrand as CEO, I reaffirm the company's obligations to you under the Note and specifically the repayment of the Principal of the Note in the amount of $500,000.00 ("Principal"). To date, LifeBrand is approaching being thirty (30) days overdue on the repayment of this obligation, which was due on November 17, 2023 under the Note. An interest payment of $80,000.00, which includes a late payment of $5,000.00, has been made to you. On behalf of LifeBrand and myself, I apologize again for the unintended delay on LifeBrand's part related to the circumstances that we have discussed.

You have agreed to give LifeBrand one (1) additional week to repay the Principal in full ($500,000.00) - so on or before December 22, 2023.

Furthermore, to provide you with adequate assurances of full performance on the Note by December 22, 2023, I hereby agree - as executed below as an Amendment to the PG - to be personally responsible to pay you a penalty of $5,000 per day for every day after December 22, 2023 that you have not been repaid the principal (in full).

Sincerely,

*Thomas Colaiezzi*

Thomas J. Colaiezzi
Chief Executive Officer

*Acknowledgement of receipt and Acceptance of Terms and Conditions of this 15th day of December, 2023.*

*Ray Bartoszek - RLB Holdings Connecticut*

*RJ Bartoszek*