# EXHIBIT

# D

**CARSON LAW**
THE CARSON LAW FIRM, PLLC

January 5, 2024

**VIA ELECTRONIC MAIL**
LifeBrand, Inc.
Attn: Thomas J. Colaiezzi, Chief Executive Officer
22 North Church Street
West Chester, PA 19380
*thomas@lifebrand.life*

Mr. Thomas J. Colaiezzi, individual guarantor
20-22 North Church Street
West Chester, Pennsylvania,19380
*thomas@lifebrand.life*

Re:    Notice of Default and Demand for Payment in Full:
- Short Term Bridge Promissory Note of October 19, 2023 between LifeBrand, Inc., a Delaware corporation, ("LifeBrand") as maker, and Ray Bartoszek as holder, in the principal amount of $500,000, with maturity dates of November 3, 2023 and November 17, 2023 (the "Note");
- Guaranty Agreement of October 19, 2023 from Thomas J. Colaiezzi, to Ray Bartoszek (the "Guaranty") with respect to the above-captioned Note; and
- Letter Agreement dated December 15, 2023 from Thomas J. Colaiezzi (in his dual capacities of LifeBrand CEO and individual guarantor) to Ray Bartoszek (the "Letter Agreement").

Dear Mr. Colaiezzi:

This firm represents Mr. Ray Bartoszek with respect to the above-captioned Note, Guaranty, and Letter Agreement. I am writing to you in your dual capacities of LifeBrand CEO and individual guarantor.

Notice is hereby given that LifeBrand is delinquent and in default of its payment obligations under the Note, and as amended by the Letter Agreement. Despite repeated affirmations of the indebtedness and definitive assurances that all sums due will be paid, including, without limitation, the assurances and affirmations in the Letter Agreement and in the email from you to Mr. Bartoszek dated January 4, 2024, they remain unpaid.

Demand is hereby made for full and immediate payment of all principal, interest, penalties, and fees due under the Note and Letter Agreement. This demand is made both to LifeBrand as the maker of the Note, and to you individually as guarantor under the Guaranty.

As of today, I calculate that $500,000 principal of the Note is due, plus $70,000 in penalties pursuant to the Letter Agreement, with such penalties accruing at $5,000 per day until paid. Mr. Bartoszek reserves the right to seek any and all other interest, penalties, damages, or other sums pursuant to the Note, Guaranty, and Letter Agreement.

Letter to LifeBrand, Inc and Thomas J. Colaiezzi
January 5, 2024
Page 2


We have associated local litigation counsel who regularly appear before the courts of Pennsylvania and New Jersey. If payment in full is not received on or before the close of business on Wednesday, January 10, 2024, we will direct local counsel to pursue all available remedies against LifeBrand and you individually, including litigation. This demand for payment in full is not an invitation to negotiate. Mr. Bartoszek reserves all of his rights and remedies in this matter. Govern yourself accordingly.

It is my sincere hope that this matter will be resolved amicably without need for further action. If you or LifeBrand are represented by counsel in this matter, please deliver this letter to your counsel and ask them to contact me. My email is *Culley@carsonlaw-nc.com*.

Sincerely,

THE CARSON LAW FIRM
*A Professional Limited Liability Company*

Culley C. Carson IV


cc:   Ray Bartoszek (*ray@rlb-holdings.com*)
Ana Angeles (*ana@rlb-holdings.com*)
Ryan Bartoszek (*ryan@rlb-holdings.com*)
C. Edward Teague III (*Ted@carsonlaw-nc.com*)