# EXHIBIT

# E

**Subject:**              FW: LifeBrand, Inc. / Ray Bartoszek - Notice of Default

**From:** James Quinlan
**Sent:** Monday, January 8, 2024 11:41 AM
**To:** culley carsonlaw-nc.com
**Subject:** Fwd: LifeBrand, Inc. / Ray Bartoszek - Notice of Default

Hi Carson:

My name is Jim Quinlan. I am CLO/GC @ LifeBrand.

I was OOO last week. Back in today. T.J. sent this over to me.

I wanted to reach out to let you know that I am involved and we are working on resolving this issue and avoiding litigation.

As a former litigator, I wanted to have a direct line with you - lawyer to lawyer.

FYI, I am fine with Ray and his Team continuing to communicate with T.J. directly. Communication at this delicate time is paramount in my view.

Please be in touch with me as needed, and I am happy to make myself available for a call if that would be of interest.

Best regards,

Jim


**Jim Quinlan**
Chief Legal Officer & General Counsel




---------- Forwarded message ---------
From: **culley carsonlaw-nc.com** <culley@carsonlaw-nc.com>
Date: Fri, Jan 5, 2024 at 5:34 PM
Subject: LifeBrand, Inc. / Ray Bartoszek - Notice of Default
To: thomas@lifebrand.life <thomas@lifebrand.life>
Cc: Ray Bartoszek <ray@rlb-holdings.com>, ana@rlb-holdings.com <ana@rlb-holdings.com>, Ryan Bartoszek <ryan@rlb-holdings.com>, Ted Teague <ted@carsonlaw-nc.com>

1

Dear Mr. Colaiezzi:

Please see the attached correspondence of today's date.

Kindest regards,

Culley Carson



Culley C. Carson IV | **The Carson Law Firm, PLLC**

434 Fayetteville Street

Suite 2330

P.O. Box 28748 (Raleigh 27611)

Raleigh, NC 27601

P: 919.439.4298 | C: 919.995.6334 | F: 919.928.5095

Admitted In: North Carolina | Georgia | Washington, D.C.

culley@carsonlaw-nc.com | www.carsonlaw-nc.com

Confidentiality Notice: The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s) and may be legally privileged. If you are not the intended recipient, please delete this email and any attachments, destroy any printouts that you may have made and notify The Carson Law Firm, PLLC immediately by return email. Thank you.

2

--
**Thomas (T.J.) Colaiezzi**
President & C.E.O.