**Gawthrop Greenwood, P.C.**
*Attorneys for Plaintiff Ray Bartoszek*
Stephen R. McDonnell
    NJ ID: 035991994
    smcdonnell@gawthrop.com
Jeremy Grivensky
    NJ ID: 444602023
    jgrivensky@gawthrop.com
17 East Gay Street, Suite 100
West Chester, PA 19381-0562
(610) 696-8225

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Ray Bartoszek**<br>        Plaintiff,<br>v.<br><br>**LifeBrand, Inc.**<br>    &&<br>**Thomas J. Colaiezzi**<br>    &&<br>**Gregory J. Hill**<br>    &&<br>**Gregory J. Hill, Jr.**<br>    &&<br>**Kristen Celia**,<br>        Defendants. | **ACKNOWLEDGEMENT OF SERVICE**<br><br>No. 1:24-cv-5273 |

Defendants LifeBrand, Inc. and Thomas J. Colaiezzi hereby acknowledge as follows:

1.    Defendants LifeBrand, Inc. and Thomas J. Colaiezzi did not sign and return Federal Rule of Civil Procedure 4(d) waivers previously requested by Plaintiff, Ray Bartoszek.

2.    Defendants LifeBrand, Inc. and Thomas J. Colaiezzi hereby accept service of original process (Plaintiff's Complaint, Plaintiff's Amended Complaint, and a Court-issued Summons) as of today, September 6, 2024.

3. I understand that, under Federal Rule of Civil Procedure 12(a)(1), Defendants LifeBrand, Inc. and Thomas J. Colaiezzi must file and serve responsive pleadings within 21 days after September 6, 2024.

THOMAS J. COLAIEZZI
(individually)

_/s/ Thomas J. Colaiezzi_
Thomas J. Colaiezzi
45 Sawmill Court
West Chester, PA


LIFEBRAND, INC.

_/s/ Thomas J. Colaiezzi_
Thomas J. Colaiezzi Chief Executive Officer 20-22 North Church Street West Chester, PA
